```
GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
ERICA L. SEGER
Assistant United States Attorney
Arizona State Bar No. 022681
405 W. Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
Email: erica.seger@usdoj.gov
Attorneys for Plaintiff
```

FILED

2021 OCT 20 PM 5: 15

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Devonte Okeith Mathis,<br><br>　　　　Defendant. | CR21-02714 TUC-CKJ(MSA)<br><br>**INDICTMENT**<br><br>VIO:　21 U.S.C. § 846<br>　　　(Conspiracy to Possess with Intent to Distribute Marijuana)<br>　　　Count 1<br><br>　　　21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D)<br>　　　(Possession with Intent to Distribute Marijuana)<br>　　　Count 2 |

**THE GRAND JURY CHARGES:**

## COUNT 1

Beginning at a time unknown to on or about October 4, 2021, in the District of Arizona and elsewhere, Defendant DEVONTE OKEITH MATHIS did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the grand jury, to possess with intent to distribute less than 50 kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

All in violation of Title 21, United States Code, Section 846.

**COUNT 2**

On or about October 4, 2021, in the District of Arizona, Defendant DEVONTE OKEITH MATHIS did knowingly and intentionally possess with intent to distribute less than 50 kilograms of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Date: October 20, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

**REDACTED FOR PUBLIC DISCLOSURE**

/s/

ERICA L. SEGER
Assistant U.S. Attorney