IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Devonte Okeith Mathis,<br><br>    Defendant. | No. CR 21-2714-TUC-RM (MSA)<br><br>**ORDER** |

Pursuant to the *Code of Conduct for United States Judge,* Canons 2 and 3, in order to avoid the appearance of impropriety, and because a judge has a duty to disqualify herself if her impartiality could be reasonably questioned, whether or not such impartiality actually exists, this Court must recuse herself from the above-captioned case. *See also* 28 U.S.C. § 455(b).

Accordingly, IT IS ORDERED:

1. This case is reassigned by random lot to the Honorable Rosemary Marquez.
2. Counsel and the parties *shall* designate all further filings in this cases as:

**CR 21-2714-TUC-RM (MSA)**.

DATED this 22nd day of October, 2021.

*Cindy K. Jorgenson*
Cindy K. Jorgenson
United States District Judge