# ATTACHMENT A

Media

# Amber Bates

**From:** Greg Hess
**Sent:** Monday, October 11, 2021 3:30 PM
**To:** Amber Bates
**Subject:** Fwd: KVOA Autopsy requests

---

**From:** Ricky Vazquez <rvazquez@kvoa.com>
**Sent:** Monday, October 11, 2021 3:12:47 PM
**To:** Greg Hess <████████████>
**Subject:** KVOA Autopsy requests

> **CAUTION:** This message and sender come from outside Pima County. If you did not expect this message, proceed with caution. Verify the sender's identity before performing any action, such as clicking on a link or opening an attachment.

Hi Greg,

Can I get a copy of the reports for the following when they are available?



--
**Ricky Vazquez**
*News Content Manager*
KVOA News 4 Tucson
rvazquez@kvoa.com
(520) 624-2477 (Newsroom)
(520) 404-6952 (Cell)

1

Media

# Amber Bates

**From:** Greg Hess
**Sent:** Monday, October 11, 2021 3:30 PM
**To:** Amber Bates
**Subject:** Fwd: KVOA Autopsy requests

---

**From:** Ricky Vazquez <rvazquez@kvoa.com>
**Sent:** Monday, October 11, 2021 3:12:47 PM
**To:** Greg Hess
**Subject:** KVOA Autopsy requests

> **CAUTION:** This message and sender come from outside Pima County. If you did not expect this message, proceed with caution. Verify the sender's identity before performing any action, such as clicking on a link or opening an attachment.

Hi Greg,

Can I get a copy of the reports for the following when they are available?



-M█████ G████, ████
-D████ T████

--
**Ricky Vazquez**
*News Content Manager*
KVOA News 4 Tucson
rvazquez@kvoa.com
(520) 624-2477 (Newsroom)
(520) 404-6952 (Cell)