IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States America,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>Devonte Okeith Mathis,<br><br>　　　　　　Defendant. | CR-21-02714-001-TUC-RM (MSA)<br><br>ORDER |

　　　Currently pending before the Court is the Government's Motion for Court Order to Prevent Pima County Medical Examiner's Office from Releasing Documents. The Government seeks an Order preventing any member of the Pima County Medical Examiner's Office from releasing any documents to include release of the official autopsy reports of the decedents in this case for a period of 180 days. The motion is unopposed.

　　　In Arizona "[a] public official can withhold inspection by showing that non-disclosure serves confidentiality, privacy or the best interests of the state[.]" *Phoenix Newspapers, Inc. v. Keegan*, 201 Ariz. 344, 348, 35 P.3d 105, 109 (Ct. App. 2001) (quotations and citations omitted). "This 'best interests of the state' standard is not confined to the narrow interest of either the official who holds the records or the agency he or she serves[,] [but also] includes the overall interests of the government and the people." *Id*. at 348–49, 35 P.3d at 109–10. "To justify withholding public documents, the State's interest in non-disclosure must outweigh the general policy of open 1 access." *Id*. at 349, 35 P.3d at 110 (quotations and citations omitted).

1    In light of the ongoing criminal investigation and the necessity of fairness in the
2    legal process, IT IS HEREBY ORDERED that the Government's motion is GRANTED.
3    　　　IT IS FURTHER ORDERED that any member of the Pima County Medical
4    Examiner's Office shall be precluded from releasing any documents, including release of
5    the official autopsy reports, of the decedents in this case for a period of 180 days.
6    　　　Dated this ___ day of November, 2021.