**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-21-02714-001-TUC-RM (MSA) |
| Plaintiff, | **ORDER** |
| v. | |
| Devonte Okeith Mathis, | |
| Defendant. | |

The Government moves to preclude the Pima County Medical Examiner's Office from releasing reports and other documents created in connection with two autopsies that relate to this case. (Doc. 15.) The motion, which is unopposed, will be granted.

The Government argues that disclosure of these records should be delayed under Arizona's public records law. However, the Court notes at the outset "that it is not in any way bound by that law." *United States v. Loughner*, 807 F. Supp. 2d 828, 835 (D. Ariz. 2011). As such, a showing that disclosure would be required under Arizona law would not preclude this Court from granting the motion. *See id.* (denying news organizations' request for the Pima County Sheriff's Office to release investigative reports, notwithstanding that "Arizona's public records law support[ed]" the request). As to whether disclosure is required by federal law, the Court notes that discovery materials, like the reports and documents in question here, are not "*judicial* records under federal law, and the public [therefore] has no presumptive right of access to them." *Id.* at 834.

"If there is no presumptive right of access to the investigation materials, other than

under a state law that has no force in this federal proceeding, then the analysis needn't go much further." *Id.* at 835. Nevertheless, if the Court were required to balance the public's right of access against the relevant privacy and government interests, *see Phoenix Newspapers, Inc. v. Keegan*, 35 P.3d 105, 109 (Ariz. Ct. App. 2001), *Schoeneweis v. Hamner*, 221 P.3d 48, 54–55 (Ariz. Ct. App. 2009), it would find that the privacy and government interests win out. While the public's interest in scrutinizing "the performance of important government functions" is weighty, *Schoeneweis*, 221 P.3d at 54, there remains an ongoing criminal investigation involving the death of two individuals, whose deaths are only incidental to the drug-trafficking crimes with which Defendant Devonte Okeith Mathis has been charged. Therefore,

**IT IS ORDERED** that the Government's motion (Doc. 15) is **granted**. All members of the Pima County Medical Examiner's Office are precluded from releasing any documents, including release of the official autopsy reports, relating to the decedents in this case. They shall be precluded from releasing documents for a period of 180 days, beginning as of the date of this Order.

Dated this 5th day of November, 2021.

*/s/ Maria S. Aguilera*
Honorable Maria S. Aguilera
United States Magistrate Judge