GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

KEITH VERCAUTEREN
Arizona State Bar No. 013439
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: keith.vercauteren@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-21-02714-TUC-RM-MSA |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL** |
| v. | |
| Devonte Okeith Mathis, | |
| Defendant. | |

NOTICE is hereby given, in accordance with Local Rule 1.7(a) of the Rules of Practice for the U.S. District Court for the District of Arizona, that Assistant United States Attorney, Keith Vercauteren, is associated in the matter above as counsel for the United States.

Respectfully submitted this 10th day of November, 2021.

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

*s/ Keith Vercauteren*
KEITH VERCAUTEREN
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

  I hereby certify that on 10th day of November, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrants:

  *Victoria A. Brambl and W. Eric Rau, Attorneys for Defendant*

*s/ J.Brown*
U.S. Attorney's Office