JON M. SANDS
Federal Public Defender
**W. ERIC RAU**
Assistant Federal Public Defender
State Bar No. 019267
407 West Congress Street, Suite 501
Tucson, Arizona 85701-1355
Telephone: (520) 879-7500; Fax: (520) 879-7601
eric_rau@fd.org
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  v.<br><br>Devonte Okeith Mathis,<br><br>  Defendant. | NO. CR21-2714-TUC-RM (MSA)<br><br>**MOTION TO CONTINUE TRIAL AND EXTEND PLEA DEADLINE**<br><br>(Second Request – In Custody) |

It is expected that excludable delay under Title 18, United States Code, § 3161(h)(7)(A), (B)(iv), will occur as a result of this motion or an order based thereon.

Defendant, Devonte Okeith Mathis, through counsel, requests a 60-day continuance of the trial date currently scheduled for February 23, 2022, and to extend the plea deadline currently set for February 4, 2022. This request is made for the following reasons:

1. Defense counsel is still waiting on disclosure and an offer from the Government. Counsel will need additional time to review said disclosure and any Government plea offer with Mr. Mathis. Additional time is needed

to conduct investigation and pretrial preparation for a trial or a non-trial disposition.

2. Assistant United States Attorney, Dimitra Sampson, has no objection to this request.

3. Denial of this request to continue will result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

4. This is the second request to continue. Mr. Mathis is in custody.

In the interest of judicial economy and in order to resolve any pretrial matters efficiently, counsel requests a continuance of 60 days of the plea deadline and trial date set. This request is not made for the sole purpose of delay.

RESPECTFULLY SUBMITTED:  February 7, 2022.

JON M. SANDS
Federal Public Defender

*s/ Walter Eric Rau*
W. ERIC RAU
Attorney for Defendant

ECF copies this date to:

DIMITRA SAMPSON,
KEITH VERCAUTEREN, and
LINDSAY SHORT,
Assistant United States Attorneys