GARY M. RESTAINO
United States Attorney
District of Arizona

DIMITRA H. SAMPSON
Arizona State Bar No. 019133
KEITH VERCAUTEREN
Arizona State Bar No. 013439
LINDSAY L. SHORT
Arizona State Bar No. 034125
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Dimitra.sampson@usdoj.gov
Keith.vercauteren@usdoj.gov
Lindsay.short@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Devonte Okeith Mathis,<br><br>　　　　　Defendant. | CR-21-02714-001-TUC-RM (MSA)<br><br>GOVERNMENT'S MOTION TO EXTEND COURT ORDER PREVENTING PIMA COUNTY MEDICAL EXAMINER'S OFFICE FROM RELEASING DOCUMENTS |

　　　On November 5, 2021, the Court granted the United States' motion to preclude the Pima County Medical Examiner's Office from releasing reports and other documents created in connection with two autopsies relating to this case for a period of 180 days. (Doc. 16.) That order is set to expire on May 4, 2022. The United States hereby moves to extend the Court's prior order for an additional period of 180 days.

　　　As the Court is aware, Defendant Devonte Okeith Mathis has been charged via indictment with one count of conspiracy to possess with intent to distribute marijuana and possession with intent to distribute marijuana based in part on events occurring in Tucson, Arizona, on October 4, 2021, that resulted in the death of a Special Agent and another individual, D. T. The Pima County Medical Examiner's Office performed autopsies on the

deceased individuals related to this investigation and produced reports and other documentary evidence associated with these autopsies.

This case has received extensive media coverage. As the Court's prior Order indicated, "discovery materials, like the reports and documents in question here, are not '*judicial* records under federal law, and the public [therefore] has no presumptive right of access to them.'" (Doc. 16 at 1) (quoting *United States v. Loughner*, 807 F. Supp. 2d 828, 834 (D. Ariz. 2011)). Further, the investigation into the death of the two individuals at issue remains ongoing, and release of the autopsy reports may be detrimental to the best interests of that investigation. In addition, it remains the case that any autopsy reports are evidence of aspects of this case that may ultimately need to be resolved by a jury, such that dissemination could taint the jury pool.

Undersigned counsel has informed counsel for the defendant of this motion, who does not object to this motion.

Accordingly, the United States respectfully requests that the Court enter an order restraining any member of the Pima County Medical Examiner's Office from releasing any documents to include the official autopsy reports of the decedents in this case for an additional period of 180 days.

Respectfully submitted this 2nd day of May, 2022.

> GARY M. RESTAINO
> United States Attorney
> District of Arizona
>
> s/ *Lindsay L. Short*
> DIMITRA H. SAMPSON
> KEITH VERCAUTEREN
> LINDSAY L. SHORT
> Assistant U.S. Attorneys

CERTIFICATE OF SERVICE
I hereby certify that on or about May 2, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):
Vicki A. Brambl and W. Eric Rau – Assistant Federal Public Defenders

*LLS/ceb*