# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-21-02714-001-TUC-RM (MSA) |
| Plaintiff, | **ORDER** |
| v. | |
| Devonte Okeith Mathis, | |
| Defendant. | |

    Currently pending before the Court is the Government's Motion to Extend Court Order to Prevent Pima County Medical Examiner's Office from Releasing Documents. The Government seeks to extend the Court's prior Order (Doc. 16) preventing any member of the Pima County Medical Examiner's Office from releasing any documents, to include the official autopsy reports of the decedents in this case, for an additional period of 180 days. The motion is unopposed. Good cause appearing,

    **IT IS HEREBY ORDERED** that the Government's Motion (Doc. 32) is **GRANTED**.

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

**IT IS FURTHER ORDERED** that any member of the Pima County Medical Examiner's Office shall be precluded from releasing any documents, including release of the official autopsy reports, of the decedents in this case for an additional period of 180 days from the date of this Order.

Dated this 3rd day of May, 2022.

_____
Honorable Maria S. Aguilera
United States Magistrate Judge