1
2
3
4
5
6 **IN THE UNITED STATES DISTRICT COURT**
7 **FOR THE DISTRICT OF ARIZONA**
8

9 United States of America,

10          Plaintiff,                                    CR 21-02714-TUC-RM (MSA)

11 v.                                                     **ORDER**
                                                          **CONTINUING PLEA DEADLINE**
12 Devonte Okeith Mathis,                                 **AND TRIAL**

13          Defendant.

14

15

16          This case is presently set for trial on June 28, 2022.  The Defendant filed a motion

17 to continue and, for the reasons set forth therein, additional time is required to adequately

18 prepare for trial.  The Government has no objection to a continuance.

19          The Court finds that the ends of justice served by continuing this case outweigh the

20 best interests of the public and the defendant in a speedy trial.

21          **IT IS ORDERED** as follows:

22          1.  The date by which the referred magistrate judge hears the change of plea must

23 be no later than August 12, 2022, by 3:00 p.m.

24          2.  All motions, unless made during a hearing or trial, shall be in writing and shall

25 be made sufficiently in advance of trial to comply with the time periods set forth in

26 LR Civ. 7.2 and any court order and to avoid any delays in the trial. Pretrial motions may

27 be heard before a magistrate judge and a Report and Recommendation will be provided to

28 the district judge assigned to the case.

3.  This matter is RESET for trial on **August 30, 2022, at 9:30 a.m. Counsel are to be present at 9:00 a.m.**

4.  Excludable delay under 18 U.S.C. §3161(h)(7) is found to commence on June 29, 2022, and end on August 30, 2022. Such time shall be in addition to other excludable time under the Speedy Trial Act and shall commence as of the day following the day that would otherwise be the last day for commencement of trial.

5.  Any and all subpoenas previously issued shall remain in full force and effect through the new trial date.

6.  **Any motion or stipulation to continue the scheduled trial date and change of plea deadline shall be filed with the Clerk of Court no later than 5:00 p.m., Monday, August 15, 2022.  Alternatively, by that same deadline, if after consultation between government and defense counsel it is determined that a motion to continue the scheduled trial date and change of plea deadline will not be filed, government counsel shall notify the Court by an email to the chambers email address that the case and counsel are ready to proceed to trial on the scheduled trial date. The notification shall also include the estimated number of trial days needed to complete the trial.**

Dated this 13th day of June, 2022.

_____
Honorable Rosemary Márquez
United States District Judge

- 2 -