JON M. SANDS
Federal Public Defender
**W. ERIC RAU**
Assistant Federal Public Defender
State Bar No. 019267
407 West Congress Street, Suite 501
Tucson, Arizona 85701-1355
Telephone: (520) 879-7500; Fax: (520) 879-7601
eric_rau@fd.org
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | NO. CR21-2714-TUC-RM (MSA) |
|---|---|
| Plaintiff, | **MOTION TO CONTINUE TRIAL AND EXTEND PLEA DEADLINE** |
| v. | |
| Devonte Okeith Mathis, | (Fifth Request – In Custody) |
| Defendant. | |

It is expected that excludable delay under Title 18, United States Code, § 3161(h)(7)(A), (B)(iv), will occur as a result of this motion or an order based thereon.

Defendant, Devonte Okeith Mathis, through counsel, requests a 60-day continuance of the trial date currently scheduled for August 30, 2022, and to extend the plea deadline currently set for August 12, 2022. This request is made for the following reasons:

1. Defense counsel has recently received supplemental disclosure and a plea offer. Counsel will need additional time to review this information with

1

Mr. Mathis. Additional time is needed to conduct investigation and pretrial preparation for a trial or a non-trial disposition.

2. Assistant United States Attorney, Dimitra Sampson, has no objection to this request.

3. Denial of this request to continue will result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

4. This is the fifth request to continue. Mr. Mathis is in custody.

Counsel requests that a scheduling order **not** be issued at this time as an order may negatively impact Mr. Mathis's opportunity to take advantage of a Government offer.

In the interest of judicial economy and in order to resolve any pretrial matters efficiently, counsel requests a continuance of 60 days of the plea deadline and trial date set. This request is not made for the sole purpose of delay.

RESPECTFULLY SUBMITTED: August 10, 2022.

JON M. SANDS
Federal Public Defender

*s/ Walter Eric Rau*
W. ERIC RAU
Attorney for Defendant

ECF copies this date to:

DIMITRA SAMPSON
KEITH VERCAUTEREN
LINDSAY SHORT, Assistants
United States Attorney's Office