JON M. SANDS
Federal Public Defender
**W. ERIC RAU**
Assistant Federal Public Defender
State Bar No. 019267
407 West Congress Street, Suite 501
Tucson, Arizona 85701-1355
Telephone: (520) 879-7500; Fax: (520) 879-7601
eric_rau@fd.org
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | NO. CR21-2714-TUC-RM (MSA) |
| Plaintiff, | **DEFENDANT'S MOTION REQUESTING AUTHORIZATION TO ACCESS A COMPUTER** |
| v. | |
| Devonte Okeith Mathis, | |
| Defendant. | |

    Defendant Devonte Okeith Mathis, requests that this Court issue an Order granting him authorization to access a computer and a storage device to view documents in the discovery pertaining to his case.

    The discovery in this case contains many documents that will take several days to review. Counsel will provide the equipment necessary for Mr. Mathis to review the discovery. Counsel will also work with the Marshals and the jail facility to ensure that the equipment meets their requirements. The Marshals and the jail facility require that the Court issue an order before they will allow Mr. Mathis to access his discovery, as such, he asks that the Court grant his motion.  The Federal Public Defender's Office will exclude

1

1  all the items set forth in the original protective order (ECF Doc. 28), the reports and photos

2  from the Pima County Medical Examiner as set forth in ECF Doc. 32, and the supplemental

3  disclosure (Bates 3255-3232) from June 2022.

4  Counsel for Mr. Mathis talked about this request with the assigned Assistant United

5  States Attorney, Lindsay Short, and she does not object to this request.

6  RESPECTFULLY SUBMITTED: October 25, 2022.

JON M. SANDS
Federal Public Defender

*s/ Walter Eric Rau*
W. ERIC RAU
Attorney for Defendant

ECF copies this date to:
DIMITRA SAMPSON
KEITH VERCAUTEREN
LINDSAY SHORT, Assistants
United States Attorney's Office

2