# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-21-02714-001-TUC-RM (MSA) |
| Plaintiff, | **ORDER** |
| v. | |
| Devonte Okeith Mathis, | |
| Defendant. | |

**IT IS ORDERED** that Defendant's motion for computer access (Doc. 40) is **granted**. Defendant is authorized, while housed at the Central Arizona Florence Correctional Complex (CAFCC), to have access to a factory laptop computer and a thumb drive containing discovery including documents and reports relevant to his criminal case, and excluding all the items set forth in the original protective order (Doc. 28), the reports and photographs from the Pima County Medical Examiner as set forth in the Order at Docket Entry No. 32, and the supplemental disclosure (Bates 3255–3232) from June 2022. Access to the laptop and thumb drive shall be in accordance with CAFCC policy and procedures for the purpose of allowing a detained individual access to such items.

Dated this 26th day of October, 2022.

Honorable Maria S. Aguilera
United States Magistrate Judge