JON M. SANDS
Federal Public Defender
**W. ERIC RAU**
State Bar No. 019267
Assistant Federal Public Defender
407 West Congress Street, Suite 501
Tucson, Arizona 85701-1355
Telephone:  (520) 879-7500
eric_rau@fd.org
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | NO. CR21-02714-TUC-RM (MSA) |
| Plaintiff, | **MOTION TO WITHDRAW** |
| vs. | |
| Devonte Okeith Mathis, | |
| Defendant. | |

Devonte Okeith Mathis, through undersigned counsel, respectfully moves the Court to withdraw the Federal Public Defender's Office in its entirety, including assigned Assistant Federal Public Defender Victoria Brambl, from his case, as professional considerations require termination of the Federal Public Defender's representation.

RESPECTFULLY SUBMITTED this 8th day of December 2022.

JON M. SANDS
Federal Public Defender

*/s/ Victoria A. Brambl*
**VICTORIA A. BRAMBL**
Attorney for Defendant

1