LAW OFFICE OF STEPHANIE J. MEADE
STEPHANIE J. MEADE, ATTORNEY
P.O. BOX 35382
TUCSON, AZ 85740-5382
TELEPHONE #: 520-419-0299
FACSIMILE #: 520-297-6003
EMAIL: meadelaw23@aol.com
STATE BAR #: 012525
PCC#: 38088
Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | NO. CR-21-02714-CKJ-MSA |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Notice of Change of Plea |
| | ) | Hearing |
| v. | ) | |
| | ) | |
| Devonte Okeith Mathis, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW, the Defendant, by and through his attorney undersigned, and hereby provides notice that his Change of Plea Hearing is scheduled for March 15, 2023, at 1:45 p.m. before Judge Aguilera.

DATED this 24th day of February 2023.

/s/ Stephanie J. Meade
STEPHANIE J. MEADE,
ATTORNEY FOR DEFENDANT

Copy of foregoing electronically sent to:

Dimitra Sampson, AUSA

Lindsay Lee Short, AUSA

Keith E. Vercauteren, AUSA