# WAIVER OF INDICTMENT

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> Devonte Okeith Mathis, <br><br> Defendant. | CR-21-02714-TUC-RM (MSA) |

Devonte Okeith Mathis, the above-named defendant, who is accused of a violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(D), Conspiracy to Possess with Intent to Distribute Marijuana (Count 1), a Class D felony offense; and Title 18, United States Code, Sections 924(c)(1)(A) and 2, Using and Carrying a Firearm During and in Relation to a Drug Trafficking Crime, Possession of a Firearm in Furtherance of a Drug Trafficking Crime, and Aid and Abet (Count 2), a Class A felony offense, being advised of the nature of the charges and of his rights, waives in open court prosecution by

//

//

//

//

//

//

indictment and consents that the proceeding may be by information instead of by indictment.

*[Signature]* for S
DEVONTE OKEITH MATHIS
Defendant
w/ PERMISSION

*[Signature]*
~~ERIC RAU~~   STEPHANIE J. MEADE
~~VICKI BRAMBL~~
~~Assistant Federal Public Defenders~~
Counsel for Defendant

Date   3.13.23