GARY M. RESTAINO
United States Attorney
District of Arizona

DIMITRA H. SAMPSON
Arizona State Bar No. 019133
KEITH VERCAUTEREN
Arizona State Bar No. 013439
LINDSAY L. SHORT
Arizona State Bar No. 034125
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Dimitra.Sampson@usdoj.gov
Keith.Vercauteren@usdoj.gov
Lindsay.Short@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-21-02714-001-TUC-RM (MSA) |
|---|---|
| Plaintiff, | |
| vs. | **GOVERNMENT'S FOURTH MOTION TO EXTEND COURT ORDER PREVENTING PIMA COUNTY MEDICAL EXAMINER'S OFFICE FROM RELEASING DOCUMENTS** |
| Devonte Okeith Mathis, | |
| Defendant. | |

The Court has previously granted motions from the United States in this case to preclude the Pima County Medical Examiner's Office from releasing reports and other documents in connection with two autopsies for a period of 180 days. The most recent order is set to expire on October 14, 2023. (Doc. 65.) In the interests of the decedents' and their families' privacy, and given the lack of any competing or countervailing interests in the disclosure of these highly sensitive materials, the United States hereby moves the Court to extend the prior order preventing the disclosure of these materials indefinitely.

**I.    Relevant Facts and Procedural History**

As the Court is aware, on March 15, 2023, defendant Devonte Okeith Mathis waived

prosecution by indictment, and an information was filed (Docs. 57-58) charging that on or about October 4, 2021, Mathis conspired to possess with intent to distribute marijuana, in violation of 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(D) and 21 U.S.C. § 846 (Count 1); and used and carried a firearm during and in relation to a drug trafficking crime, and possessed a firearm in furtherance of a drug trafficking crime, aid and abet, in violation of 18 U.S.C. § 924(c)(1)(A) (Count 2). Those charges were related to events occurring in Tucson, Arizona on October 4, 2021, that resulted in the death of a Special Agent and another individual, D. T. The Pima County Medical Examiner's Office performed autopsies on the deceased individuals related to this investigation and produced reports and other documentary evidence associated with these autopsies.

The defendant was sentenced on June 22, 2023, to 10 years' imprisonment followed by three years supervised release. (Doc. 76).

**II. Argument**

Since the inception of the case, the Court has granted motions by the United States to preclude the Pima County Medical Examiner's Office from releasing reports and other documents created in connection with two autopsies for a period of 180 days. (*See* Docs. 16, 33, 43, 65.) The most recent order, dated April 17, 2023, is set to expire on October 14, 2023. (Doc. 65.)

This case—including the sentencing—received extensive media coverage and public interest. There are strong privacy interests at stake in this case, particularly for the decedents' family members (including victim M.G.'s daughter and widow, both of whom spoke at the sentencing hearing). The documents at issue were never filed or lodged with the Court, and accordingly never became judicial records. The public accordingly has no presumptive right of access to these records. *See United States v. Loughner*, 807 F. Supp. 2d 828, 834 (D. Ariz. 2011) ("[D]iscovery materials, like the reports and documents in question here, are not '*judicial* records under federal law, and the public [therefore] has no presumptive right of access to them.") (cited in Doc. 16 at 1); *see also In re Granick*, 388 F. Supp. 3d 1107 (N.D. Cal. 2019) (finding no common-law common law right of access to

post-investigative materials). In light of the highly sensitive nature of the autopsy materials in this case, and the lack of compelling interests in the disclosure of these highly sensitive materials, the United States requests at this juncture that the materials remain shielded from public disclosure for the indefinite future.

Undersigned counsel has informed counsel for the defendant of this motion, who does not object to this motion.

### III. Conclusion

Accordingly, the United States respectfully requests that the Court enter an order restraining any member of the Pima County Medical Examiner's Office, indefinitely, from releasing any documents to include the official autopsy reports of the decedents in this case.

RESPECTFULLY SUBMITTED this 3rd day of October, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Lindsay L. Short*
DIMITRA H. SAMPSON
KEITH VERCAUTEREN
LINDSAY L. SHORT
Assistant U.S. Attorneys

### CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of October, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Stephanie Meade
Attorney for Defendant

*s/ Lindsay L. Short*
U.S. Attorney's Office