**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-21-02714-001-TUC-RM (MSA) |
| Plaintiff, | **ORDER** |
| v. | |
| Devonte Okeith Mathis, | |
| Defendant. | |

On October 6, 2023, Magistrate Judge Maria S. Aguilera issued a Report and Recommendation (Doc. 84) recommending that this Court deny the Government's Motion to Extend Court Order Preventing Pima County Medical Examiner's Office from Releasing Documents (Doc. 83).  No objections to the Report and Recommendation were filed.

A district judge must "make a de novo determination of those portions" of a magistrate judge's "report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also* Fed. R. Crim. P. 59(b)(3) ("The district judge must consider de novo any objection to the magistrate judge's recommendation").  Failure to object to the findings and recommendations of the magistrate judge "waives a party's right to review." Fed. R. Crim. P. 59(b)(2).

The Court has reviewed Magistrate Judge Aguilera's Report and Recommendation, the parties' briefs, and the record.  The Court finds no error in Magistrate Judge Aguilera's Report and Recommendation, and the Government has

waived its right to review by failing to file objections.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 84) is **accepted and adopted in full**.

**IT IS FURTHER ORDERED** that the Government's Motion to Extend Court Order Preventing Pima County Medical Examiner's Office from Releasing Documents (Doc. 83) is **denied**.

Dated this 26th day of October, 2023.

Honorable Rosemary Márquez
United States District Judge